PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Gilberto Castillo-Dominguez |
| **Docket Number:** | 1:04CR05207-01 |
| **Offender Address:** | Federal Bureau of Prisons |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 09/07/2004 |
| **Original Offense:** | 8 USC 1326, Deported Alien Found in the United States (CLASS C FELONY) |
| **Original Sentence:** | 12 months BOP, 36 months TSR, $100 Special Assessment |
| **Special Conditions:** | Search; Deportation, and remain outside the United States without proper authorization.  Upon any reentry, report to the probation office within 72 hours |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 07/20/2005 |
| **Assistant U.S. Attorney:** | Marianne Pansa     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Victor M. Chavez     **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12A1.MRG

**RE:** **Castillo-Dominguez, Gilberto**
**Docket Number:   1:04CR05207-01**
<u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   NEW LAW VIOLATION**

**Details of alleged non-compliance:**  On February 9, 2006, the offender was arrested in the Southern District of California for Illegal Entry to the United States.  On April 5, 2006, he entered a guilty plea to 2 counts of 8 USC 1325, Illegal Entry and was sentenced to 30 months Bureau of Prisons.

**United States Probation Officer Plan/Justification:**  Following the offender's release from custody on July 20, 2005, he was deported to Mexico.  He subsequently reentered the United States without proper authorization a few months later resulting in another federal conviction for an immigration offense.  There is no information to suggest the offender committed any additional law violations other than his illegal entry.  He has been sentenced to a custodial term followed by a 12 month term of supervised release.  His release date has not yet been projected by the BOP, but it is anticipated to be in 2008.  He will be deported following his term of custody.  It is recommended that violation proceedings not be initiated in light of the sentence imposed in the Southern District of California.  It is believed that term should serve as an adequate punishment for the offender's conduct and his violation of the trust placed in him by this Court.  It is further recommended the term of supervised release be tolled while the offender is in custody.

RE:     **Castillo-Dominguez, Gilberto**
        **Docket Number:   1:04CR05207-01**
        **REPORT OF OFFENDER NON-COMPLIANCE**


Respectfully submitted,

/s/ James E. Herbert

**JAMES E. HERBERT**
**Supervising United States Probation Officer**
Telephone:  (559) 499-5702

**DATED:**    June 8, 2006
              Fresno, California
              JEH

---

**THE COURT ORDERS:**

( ✖ )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

IT IS SO ORDERED.

**Dated:   June 13, 2006**                              /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE